252 F.2d 959
 Walter MUCKLE, Plaintiff-appellee,
v.
SWORD LINE, Inc., Defendant-Appellant.
 No. 270, Docket 24949.
 United States Court of Appeals Second Circuit.
 Argued March 25, 1958.
Decided March 25, 1958.
 
 Appeal from the United States District Court for the Southern District of New York; Frederick van Pelt Bryan, Judge.
 Theodore J. Breitwieser, New York City, for defendant-appellant.
 Bernard Rolnick, New York City (Milton H. Spiero, New York City, on the brief), for plaintiff-Appellee.
 Before CLARK, Chief Judge, LUMBARD, Circuit Judge, and DIMOCK, district judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed in open court for want of a final order.